

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES McDANIEL | CIVIL ACTION |
| VERSUS | NO. 00-0027 |
| DIAMOND OFFSHORE DRILLING, INC. AND CANDY FLEET CORPORATION | SECTION R |
| | MAGISTRATE 4 |

### EX PARTE MOTION FOR LEAVE

**NOW INTO COURT,** through undersigned counsel comes defendant, Diamond Offshore Drilling, Inc., who moves this Court for Leave pursuant to Federal Rule of Civil Procedure 30(a)(2) to take the videotape deposition of the plaintiff, James McDaniel while incarcerated at the Hancock County Jail in Bay St. Louis, Mississippi. Plaintiff's counsel has been contacted and has no objection to this motion.

Respectfully Submitted,

**CHOPIN, WAGAR, COLE, RICHARD, REBOUL & KUTCHER, L.L.P.**

BY: _____
RICHARD A. CHOPIN (#4088)
Two Lakeway Center - Suite 900
3850 North Causeway Boulevard
Metairie, La. 70002
Telephone: (504) 830-3838
**Attorney for DIAMOND OFFSHORE DRILLING, INC.**

DATE OF ENTRY
APR 1 4 2000

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 12th day of April, 2000, served a copy of the foregoing pleading on counsel for all parties by:

( ) Hand Delivery          ( ) Prepaid U. S. Mail

(X) Facsimile              ( ) UPS/Federal Express

_____
RICHARD A. CHOPIN

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES McDANIEL | CIVIL ACTION |
| VERSUS | NO. 00-0027 |
| DIAMOND OFFSHORE DRILLING, INC. AND CANDY FLEET CORPORATION | SECTION R |
| | MAGISTRATE 4 |

## ORDER

Considering the foregoing Ex Parte Motion for Leave:

**IT IS HEREBY ORDERED** that defendant, Diamond Offshore Drilling, Inc, is granted leave of court to take the videotape deposition of plaintiff, James McDaniel, at the Hancock County Jail, in Bay St. Louis, Mississippi on April 18, 2000 at 1:00 p.m. pursuant to Federal Rule of Civil Procedure 30(b).

UNITED STATES MAGISTRATE JUDGE