FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAY -2 A 9:37

LORETTA G. WHYTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES MCDANIEL | CIVIL ACTION |
| VERSUS | NO. 00-0027 |
| DIAMOND OFFSHORE DRILLING, INC., ET AL. | SECTION "R" |

### ORDER OF DISMISSAL

The Court having been advised by counsel for defendant Diamond Offshore Drilling, Inc. that plaintiff and defendant Diamond Offshore Drilling, Inc. have firmly agreed upon a compromise in this matter;

IT IS ORDERED that this action be and it is hereby dismissed as to Diamond Offshore Drilling, Inc. ONLY, without costs and without prejudice to the right, upon good cause shown, within sixty days, to reopen if settlement is not consummated.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this 1st day of May, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
MAY - 2 2000

___ Fee___
___ Process
 X  Dktd
___ CtRmDep
___ Doc.No.