FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG 22 PM 3:41

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES MCDANIEL | CIVIL ACTION |
| versus | NO: 00-0027 |
| DIAMOND OFFSHORE DRILLING, INC. AND CANDY FLEET CORPORATION | SECTION "R" MAG. 4 |

## LIMITED MOTION AND ORDER TO DISMISS WITH PREJUDICE WITH RESERVATION OF OTHER CLAIMS

**NOW INTO COURT**, through undersigned counsel, come plaintiff, James McDaniel, and defendant, Diamond Offshore Drilling, Inc., and upon suggesting to the Court that all issues between them have been resolved by compromise, now therefore, move the Court for an order dismissing all of the claims of James McDaniel against Diamond Offshore Drilling, Inc. with prejudice, each party to bear their own costs but reserving unto plaintiff, James McDaniel, all other claims he

DATE OF ENTRY
AUG 2 4 2000

1

has against any other person or party other than Diamond Offshore Drilling, Inc.

Respectfully submitted:

**HILLEREN & HILLEREN, L.L.P.**

BY: *David A. Hilleren*
      **DAVID A. HILLEREN** (6921)
      Post Office Box 1750
      Covington, Louisiana   70434-1750
      (504) 893-5959
      Attorney for plaintiff,
      **JAMES MCDANIEL**


**CHOPIN, WAGAR, COLE, RICHARD,
REBOUL & KUTCHER, LLP**

BY: *Richard A. Chopin*
      **RICHARD A. CHOPIN** (4088)
      Two Lakeway Center - Suite 900
      3850 North Causeway Boulevard
      Metairie, Louisiana   70002
      (504) 830-3838
      Attorney for defendant,
      **DIAMOND OFFSHORE DRILLING, INC.**

**CERTIFICATE OF SERVICE**

    I do hereby certify that I have served a copy of the above and foregoing pleading on all counsel of record herein by mailing same by United States Mail, properly addressed and first class postage prepaid, on the 22 day of August, 2000.

_____
RICHARD A. CHOPIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES McDANIEL | CIVIL ACTION |
| VERSUS | NO. 00-0027 |
| DIAMOND OFFSHORE DRILLING, INC. AND CANDY FLEET CORPORATION | SECTION R |
| | MAGISTRATE 4 |

## ORDER

**IT IS ORDERED** that the claims of James McDaniel against Diamond Offshore Drilling, Inc. be and the same are hereby dismissed, with prejudice, each party to bear their own costs; reserving unto James McDaniel all of his rights and claims against all other parties.

New Orleans, Louisiana this 23rd day of AUGUST, 2000.

_____
JUDGE