

**MINUTE ENTRY**
**ROBY, M.J.**
**DECEMBER 12, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES MCDANIEL** | **CIVIL ACTION** |
| **VERSUS** | **NO:    00-0027** |
| **DIAMOND OFFSHORE, ET AL** | **SECTION: "R" (4)** |

At the request of the plaintiff's counsel and the consent of the defendant's counsel, **IT IS ORDERED** that the **Settlement Conference (doc# 11)** presently set before Magistrate Judge Roby on **December 14, 2000, at 10:00 a.m.** is reset to **January 18, 2001, at 2:00 p.m.**

Counsel for all parties are instructed to submit their respective settlement position letters **on or before January 16, 2001**, for the confidential and exclusive use of Magistrate Judge Roby. The letter or memorandum **may be no longer than three pages double spaced,** outlining the settlement position of the party. It may however, be faxed directly to my chambers at **(504) 589-7618.**

**All counsel are to have access to someone with full authority.**

DATE OF ENTRY
DEC 1 3 2000

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

Fee_____
Process____
X /Dktd____
/ CtRmDep.____
Doc.No.____