

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN -8 PM 4: 20

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMES MCDANIEL | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0027 |
| | * | |
| DIAMOND OFFSHORE DRILLING, | * | SECTION "R" |
| INC. AND CANDY FLEET | * | |
| CORPORATION | * | MAG. (4) |

* * * * * * * * * * * * * * * * * * * * * *

### JOINT MOTION TO CONTINUE TRIAL

NOW INTO COURT, through undersigned counsel, come plaintiff, James McDaniel and defendant, Candy Fleet Corporation, and move that this Court grant a continuance of the previously scheduled trial date for the reasons set forth in the attached memorandum in support of this motion. Movers also point out to the Court that plaintiff and Candy Fleet are the only two remaining parties in this litigation as Diamond Offshore Drilling, Inc. was dismissed by this Court on May 1, 2000 as a result of a settlement between that party and the plaintiff.

DATE OF ENTRY
JAN 1 2 2001



Respectfully submitted,

*David Hilleren/TR*

DAVID A. HILLEREN (#6921)
Post Office Box 1750
Covington, Louisiana 70434-1750
Telephone: (504) 893-5959
Attorney for James McDaniel

*Daniel E. Knowles*

DANIEL E. KNOWLES, III, T.A. (#7760)
BRIEN J. FRICKE (#20546)
1100 Poydras Street
Energy Centre - Suite 2000
New Orleans, Louisiana 70163-2000
Telephone: (504) 569-2900
And
BURKE & MAYER, Of Counsel
Attorneys for Candy Fleet Corporation
(91879)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record in this matter by placing same in the U.S. Mail, postage prepaid, this 8 day of January, 2001.

*Daniel E. Knowles*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMES MCDANIEL | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0027 |
| | * | |
| DIAMOND OFFSHORE DRILLING, | * | SECTION "R" |
| INC. AND CANDY FLEET | * | |
| CORPORATION | * | MAG. (4) |

* * * * * * * * * * * * * * * * * * * * * *

## ORDER

Foregoing Motion having been considered,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the trial and pre-trial conference in the above captioned matter be continued to a date which will be selected at a telephone conference to be held on the ___ day of _____, 2001 at _____ __. M.

*Denied. The parties have had sufficient time to get this ready.*

New Orleans, Louisiana this 11th day of January, 2001.

*Sarah Vance*
UNITED STATES DISTRICT JUDGE

6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| JAMES MCDANIEL | * | CIVIL ACTION |
|---|---|---|
| | * | |
| VERSUS | * | NO. 00-0027 |
| | * | |
| DIAMOND OFFSHORE DRILLING, | * | SECTION "R" |
| INC. AND CANDY FLEET | * | |
| CORPORATION | * | MAG. (4) |

* * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF
JOINT MOTION TO CONTINUE TRIAL**

MAY IT PLEASE THE COURT

Plaintiff, James McDaniel, and defendant, Candy Fleet Corporation, herein jointly move this Court for a continuance of the previously scheduled trial date of February 5, 2001 due to the instability of the plaintiff's medical condition. As the Court will be aware from prior pleadings filed in this matter, plaintiff was incarcerated in the Hancock County Justice Facility in Bay St. Louis, Mississippi from shortly after the filing of this litigation until

3

October of 2000. It was only following that incarceration that plaintiff was able to have a full work-up by Dr. Harry Danielson, a neurosurgeon practicing in Mississippi, who has recently provided the parties with a report indicating that the plaintiff has a possible herniated disc at L5/S1 and that he has ordered additional diagnostic testing, including a lumbar myelogram to further evaluate the plaintiff's condition and recommendations for treatment. In view of this development, it will now be necessary for the defendant to obtain an Independent Medical Examination and it is unknown to both parties at this point whether surgery will occur.

The delays in scheduling an IME, as well as the additional work-ups which Dr. Danielson has recommended, will make it impossible for the parties to be able to present their cases on February 5, 2001. Thus, the parties reluctantly request that the Court grant a continuance of this matter to permit plaintiff's medical situation to stabilize. The parties also have an upcoming settlement conference with U.S. Magistrate Karen Wells Roby and, if the Court looks favorably upon this motion to continue the trial, we will contact Judge Roby and re-schedule this conference until such a time as meaningful settlement discussions can be held.

Respectfully submitted,

_____
DAVID A. HILLEREN (#6921)
Post Office Box 1750
Covington, Louisiana 70434-1750
Telephone: (504) 893-5959
Attorney for James McDaniel

_____
DANIEL E. KNOWLES, III, T.A. (#7760)
BRIEN J. FRICKE (#20546)
1100 Poydras Street
Energy Centre - Suite 2000
New Orleans, Louisiana 70163-2000
Telephone: (504) 569-2900
And
BURKE & MAYER, Of Counsel
Attorneys for Candy Fleet Corporation
(91879)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record in this matter by placing same in the U.S. Mail, postage prepaid, this _8_ day of _January_, 2001.

_____

5