```
                    FILED
              U.S. DISTRICT COURT
              EASTERN DISTRICT OF LA

              2001 JAN 18  PM 4:44
                  JAN 1 8 2001
              LORETTA G. WHYTE
                    CLERK
```

**MINUTE ENTRY**
**ROBY, M.J.**
**January 18, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES McDANIEL** | **CIVIL ACTION** |
| **VERSUS** | **NO: 00-0027** |
| **DIAMOND OFFSHORE DRILLING, ET AL** | **SECTION: "R" (4)** |

A Settlement Conference was held on this date. Participating were: David A. Hilleren representing the plaintiffs and Daniel Edward Knowles, III, and Meyer Helkin representing the defendants. The parties were unable to reach a settlement. However, negotiations are ongoing.

**IT IS ORDERED** that another **Settlement Conference** is set before Magistrate Judge Roby on **February 1, 2001, at 2:30 p.m.**

Counsel for all parties are instructed to submit their respective settlement position letters **on or before January 30, 2001**, for the confidential and exclusive use of the Magistrate. The letter or memorandum **may be no longer than three pages double spaced,** outlining the settlement position of the party. It may however, be faxed directly to my chambers at **(504) 589-7618. All counsel are to have access to someone with full authority.**

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
JAN 1 9 2001

Fee____
Process____
X/Dktd____
CtRmDep____
Doc.No. 19