```
                                               FILED
                                          U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA

                                          2001 JAN 25 PM 5:02
                                             JAN 2 5 2001
                                           LORETTA G. WHYTE
                                                CLERK
```

MINUTE ENTRY
ROBY, M.J.
JANUARY 25, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES McDANIEL | CIVIL ACTION |
| VERSUS | NO: 00-0027 |
| DIAMOND OFFSHORE DRILLING, ET AL | SECTION: "R" (4) |

Due to the continuation of the Pretrial and Trial dates in the above captioned matter, the **Settlement Conference (doc #19)** presently set before Magistrate Judge Roby on **February 1, 2001, at 2:30 p.m.** is CANCELED

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
JAN 2 6 2001