```
                                              FILED
                                      U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF LA

                                    2001 JAN 24  PM 1:22

                                    LORETTA G. WHYTE
                                          CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMES MCDANIEL | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO: 00-0027 |
| | * | |
| DIAMOND OFFSHORE DRILLING, | * | SECTION "R" |
| INC. AND CANDY FLEET | * | |
| CORPORATION | * | MAG. (4) |

*******************************

## JOINT MOTION TO CONTINUE TRIAL AND PRE-TRIAL CONFERENCE

**NOW INTO COURT,** through undersigned counsel come plaintiff, James McDaniel, and defendant, Candy Fleet Corporation, who jointly move this Honorable Court for a continuance of this matter on the basis of plaintiff's unresolved medical condition and unknown diagnostic testing results and on the basis that plaintiff is not permitted, under the terms of his house-arrest, to leave the State of Mississippi until after March 8, 2001, all as more specifically set forth in counsel's letter to the court of January 19, 2001, which is attached hereto.



DATE OF ENTRY
JAN 26 2001

1



Respectfully submitted,

*David A. Hilleren*
DAVID A. HILLEREN (#6921)
HILLEREN & HILLEREN, L.L.P.
Post Office Box 1750
Covington, Louisiana  70434-1750
Telephone: (504) 893-5959
Attorney for plaintiff,
JAMES MCDANIEL

*Daniel E. Knowles*
DANIEL E. KNOWLES, III T.A. (7760)
BRIEN J. FRICKE (#20546)
1100 Poydras Street, Sui8te 2000
New Orleans, Louisiana 70163-2000
Telephone: (504)569-2900
         (504)569-2099 - FAX
BURKE & MAYER, Of Counsel
Attorneys for CANDY FLEET, CORP.

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the above and foregoing pleading on all counsel of record herein by mailing same by United States Mail, properly addressed and first class postage prepaid, on the __22__ day of _January_, 2000.

*David A. Hilleren*
DAVID A. HILLEREN

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMES MCDANIEL | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO: 00-0027 |
| | * | |
| DIAMOND OFFSHORE DRILLING, INC. AND CANDY FLEET CORPORATION | * * * | SECTION "R" MAG. (4) |

## ORDER

Considering the foregoing,

IT IS ORDERED, ADJUDGED AND DECREED that the trial of this matter, presently set for February 5, 2001, and the pre-trial conference set for January 25, 2001, be and are hereby continued to a date and time to be set by conference with the Court's clerk on 2/15/01 at 9:30 AM.

New Orleans, Louisiana this 26th day of JANUARY 2001.

_____
UNITED STATES DISTRICT JUDGE

3