```
            FILED
      U.S. DISTRICT COURT
     EASTERN DISTRICT OF LA

       2001 SEP 21  PM 2:37

        LORETTA G. WHYTE
               CLERK
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMES MCDANIEL | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0027 |
| | * | |
| DIAMOND OFFSHORE DRILLING, | * | SECTION "R" |
| INC. AND CANDY FLEET | * | |
| CORPORATION | * | MAG. (4) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### WITNESS AND EXHIBIT LIST OF
### CANDY FLEET CORPORATION

COMES NOW defendant, Candy Fleet Corporation, by and through the undersigned counsel of record, who submits the following list of witnesses who may be called to testify at the trial of this matter:

1. Meyer Nelkin, or other representative of Candy Fleet Corporation;

2. Kenny Nelkin

3. Steve Marcrum;

4. James McDaniel, under cross examination;

5. Tom Kellum;



6. Glenn Snelling;

7. Eugene Platt;

8. Daniel Miller;

9. Dallas Raybon;

10. Dr. David Roberts;

11. Dr. William S. Fleet;

12. Dr. Harry Danielson;

13. Representative of Westbank Surgical Clinic;

14. Representative of Lake Charles Memorial Hospital;

15. Representative of Hancock Medical Center;

16. Representative of Hoda Chiropractic Clinic;

17. Representative of Rehab. Services of Mississippi;

18. Representative of Hancock County Justice Facility;

19. Representative of Open MRI, Inc.

20. Representative of Memorial Hospital;

21. Dr. Melvin Parnell;

22. Kenneth Boudreaux;

23. Mary Elvir;

24. Representative of any employer of James McDaniel, including but not limited to:

    a. Diamond Offshore Company
    b. Southern Erectors, Inc.
    c. Temporary Employment Services, Inc.

25. Any other witness listed or called by any other party.

Candy Fleet Corporation submits the following list of exhibits which may be offered at the trial of this matter:

1. Candy Fleet's Damage/Injury Report;

2. Diamond Offshore's Injury or Illness Report;

3. Photograph and description of the M/V CANDY STORE;

4. Daily Master's Logs of the M/V CANDY STORE;

5. Candy Fleet Corporation's Safety Manual;

6. Master Time Charter Agreement between Coastal Oil & Gas Corporation and Candy Fleet Corporation;

7. Blanket Agreement for Towing and Other Vessel Services between Diamond Offshore Company and Candy Fleet Corporation;

8. Certificate of Documentation of the M/V CANDY STORE;

9. Certificate of Inspection of the M/V CANDY STORE;

10. Candy Fleet Corporation's Certificate of Insurance;

11. Any and all diagrams;

12. Master's License of Glenn Snelling;

13. Social Security Earning's Statement of James McDaniel;

14. Income Tax Records of James McDaniel;

15. Any and all medical records and/or medical bills of James McDaniel, including but not limited to:

    a. Rehab. Services of Mississippi
    b. Westbank Surgical Clinic
    c. Hancock County Justice Facility
    d. Hoda Chiropractic Clinic
    e. Dr. William S. Fleet

        f.     Dr. David Roberts
        g.    Hancock Medical Center
        h.    Lake Charles Memorial
        i.     Dr. Harry Danielson
        j.     Open MRI, Inc.
        k.    Memorial Hospital

16. Any and all diagnostic tests of James McDaniel;

17. Any and all employment records of James McDaniel, including but not limited to:

        a.    Diamond Offshore Company
        b.    Southern Erectors, Inc.
        c.    Temporary Employment Services

18. Criminal and/or civil records concerning James McDaniel;

19. Any and all statements taken in this matter;

20. Any and all photographs relating to this matter;

21. Any and all records reflecting maintenance and cure payments made to and on behalf of James McDaniel;

22. Discovery responses of James McDaniel;

23. Any and all depositions taken in this matter;

24. Any and all pleadings and/or other documents filed in this matter; and

25. Any exhibit listed by any other party.

                RESPECTFULLY SUBMITTED:

*/s/ Daniel E. Knowles*
DANIEL E. KNOWLES, III, T.A. (#7760)
BRIEN J. FRICKE (#20546)
1100 Poydras Street
Energy Centre - Suite 2000
New Orleans, Louisiana 70163-2000
Telephone: (504) 569-2900

And

BURKE & MAYER, Of Counsel
Attorneys for Candy Fleet Corporation

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record in this matter by placing same in the U.S. Mail, postage prepaid, this 20 day of August, 2001.

*[signature: Daniel E. Knowles]*