```
                                              FILED
                                         U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                         2001 OCT 16  AM 11: 40

                                           LORETTA G. WHYTE
                                                CLERK
```

**MINUTE ENTRY**
**ROBY, M. J.**
**October 15, 2001**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES McDANIEL** | CIVIL ACTION |
| **VERSUS** | NO:    00-0027 |
| **DIAMOND OFFSHORE DRILLING, ET AL** | SECTION: "R" (4) |

A Settlement Conference was held on this date. Participating were: David Hilleren, representing the plaintiff, and Daniel Knowles and Angela Palermo, representing the defendants. Negotiations were unsuccessful and a settlement was not reached. Discussions are to continue by telephone.

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**Judge Sarah Vance**

```
DATE OF ENTRY
OCT 1 6 2001
```