FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 NOV -2 PM 3:36

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES McDANIEL | CIVIL ACTION |
| VERSUS | NO. 00-0027 |
| DIAMOND OFFSHORE DRILLING, INC. AND CANDY FLEET CORPORATION | SECTION R |
| | MAGISTRATE 4 |

### OBJECTION TO SUBPOENA AND NOTICE OF RECORDS DEPOSITION PURSUANT TO RULE 45(c)(2)(B) OF FEDERAL RULES OF CIVIL PROCEDURE

**NOW INTO COURT**, through undersigned counsel, comes Diamond Offshore Drilling, Inc. (Diamond), a non-party to this litigation, and objects to the subpoena issued to it by Candy Fleet Corporation and a Notice of Records Deposition concurrently filed in this matter because the information that the subpoena requests is confidential, proprietary in nature, protected from discovery by Candy Fleet Corporation and there is no exception or waiver that applies. Further, any materials that may be responsive to the subpoena would have been prepared as trial preparation materials even though Diamond is no longer a party to this litigation having been dismissed with prejudice substantially before the issuance of the subpoena Candy Fleet Corporation.

Respectfully Submitted,

**CHOPIN, WAGAR, COLE, RICHARD, REBOUL & KUTCHER, L.L.P.**

BY: *Richard A. Chopin*
RICHARD A. CHOPIN (#4088)
Two Lakeway Center - Suite 900
3850 North Causeway Boulevard
Metairie, La. 70002
Telephone: (504) 830-3838
**Attorney for DIAMOND OFFSHORE DRILLING, INC.**

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this ___31st___ day of ___Oct.___, 2001, served a copy of the foregoing pleading on counsel for all parties by:

( ) Hand Delivery          ( ) Prepaid U. S. Mail

(X) Facsimile              ( ) UPS/Federal Express

*Richard A. Chopin*
RICHARD A. CHOPIN

2