```
                                    FILED
                               U.S. DISTRICT COURT
                              EASTERN DISTRICT OF LA

                               2001 NOV 13 AM 9:29

                                LORETTA G. WHYTE
                                      CLERK
```

**MINUTE ENTRY**
**ROBY, M. J.**
**November 7, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES MCDANIEL** | **CIVIL ACTION** |
| **VERSUS** | **NO:   00-0027** |
| **DIAMOND OFFSHORE, ET AL** | **SECTION: "R" (4)** |

A Settlement Conference by telephone was held on this date. Participating were: David Hilleren representing the plaintiffs and Daniel Knowles representing the defendants. The parties were unable to reach a settlement. However, negotiations are ongoing.

**IT IS ORDERED** that another **Settlement Conference** is set before Magistrate Judge Roby on **November 28, 2001, at 2:00 p.m.**

Counsel for all parties are instructed to submit their respective settlement position letters **on or before November 26, 2001**, for the confidential and exclusive use of the Magistrate. The letter or memorandum **may be no longer than three pages double spaced**, outlining the settlement position of the party. It may however, be faxed directly to my chambers at **(504) 589-7618. All counsel are to have access to someone with full authority.**

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
NOV 13 2001

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc.No._____