FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 NOV 15  PM 4:13

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
ROBY, M.J.
November 15, 2001

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES MCDANIEL | CIVIL ACTION |
| VERSUS | NO: 00-0027 |
| DIAMOND OFFSHORE DRILLING INC., ET AL | SECTION: "R" (4) |

On November 8, 2001, the plaintiff, James McDaniel, filed a Motion for Expedited Hearing on a **Motion to Quash Records Deposition of Diamond Offshore Drilling, Inc.** However, on November 14, 2001, the plaintiff informed the Court that the parties reached an agreement with respect to the issues raised by the motion.

**IT IS THEREFORE ORDERED** that the **Motion to Quash Records Deposition of Diamond Offshore Drilling, Inc.** is DENIED AS MOOT.

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
NOV 16 2001

Fee_____
Process_____
X/Dktd_____
CtRmDep_____
Doc.No._____