

MINUTE ENTRY
VANCE, J.
November 15, 2001

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| JAMES MCDANIEL | CIVIL ACTION |
|---|---|
| VERSUS | NO. 00-27 |
| DIAMOND OFFSHORE, ET AL. | SECTION "R" |

### JURY TRIAL PREPARATION ORDER

IT IS ORDERED THAT:

(1) All deposition testimony to be used in this matter is to be prepared in strict compliance with Section IX, Paragraph 11(a) of this Court's Uniform Pretrial Notice. The Court will not permit use of a deposition that is not prepared in compliance with these requirements, except for good cause shown.

(2) All exhibits to be used at trial are to be prepared in strict compliance with Section IX, Paragraphs 10(a)-(f) of this Court's Uniform Pretrial Notice. No party shall be permitted to make use, at the trial, of any exhibits not identified as set forth

DATE OF ENTRY
NOV 16 2001

in this Court's Pretrial Notice and/or for which a memorandum has not been submitted, except by leave of Court and for good cause shown.

(3) Any discovery material, such as depositions, interrogatories, requests for admissions, etc. that any party may use at trial which have not been previously filed in the Court record pursuant to Local Rule 26 must be delivered to this Judge's chambers no later than five working days prior to trial.

(4) The starting time on the first day of trial will be 9:00 a.m. because of jury pooling. Attorneys are to report to chambers by 8:30 a.m. On succeeding trial days, trial will commence promptly at 9:00 a.m. and end at approximately 5:15 p.m. There will be a one hour luncheon recess at approximately 12:00 - 1:00 p.m., and a 15-minute recess at mid-morning and mid-afternoon. Trial will not be delayed awaiting the appearance of witnesses. Therefore, be certain to have an adequate number of witnesses available to meet this schedule. Attorneys who have problems that need resolution prior to trial shall give adequate notice to the Courtroom Deputy and make arrangements for a conference with the Judge no later than twenty minutes prior to the commencement of trial.

(5) The parties are encouraged to continue any efforts to resolve their litigation amicably. However, if the litigation is settled in whole or in part, the Court shall be promptly notified by counsel for plaintiff or the settling parties. If the case is settled after working hours the day before trial or on the weekend before a Monday trial, the Courtroom Deputy or the Judge should be promptly notified at home. Thus, if time permits, the Court will take the necessary steps to have the jury cancelled. If time does not permit the jury to be cancelled, the parties subject themselves to the assessment of jury costs in accordance with Local Rule 16.5.

(6) On or before November 26, 2001, the parties shall amend the Pretrial Order to conform with Section IX, Paragraphs 10 (EXHIBITS) and 13(a) (WITNESS LISTS) of the Court's Pretrial Notice.

- - - - - - - - - - -SSV

cc: All Counsel of Record