

```
                                                FILED
                                         U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                         2001 NOV 15 PM 4:03

                                          LORETTA G. WHYTE
                                               CLERK
```

**MINUTE ENTRY**
**VANCE, J.**
**November 15, 2001**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES MCDANIEL | CIVIL ACTION |
| VERSUS | NO. 00-27 |
| DIAMOND OFFSHORE, ET AL. | SECTION R |

### ORDER OF PRETRIAL CONFERENCE

Pursuant to the pretrial conference in this matter held November 15, 2001,

IT IS ORDERED THAT:

1. Jury trial of this matter shall commence December 3, 2001, at 8:30 a.m. Estimated length of trial is 2 days. Counsel shall be required to attend a conference with the Court at 8:00 a.m. for the purpose of resolving any issues that need to be addressed prior to the commencement of trial.

2. Five working days before the trial date the parties shall exchange witness lists, and provide a copy to the Court, indicating those witnesses whom they intend to call at trial in their case in



DATE OF ENTRY
NOV 16 2001

chief. Such witnesses shall be made available for use by all parties by the party who lists the witness. Any witness not listed thereon shall not be permitted to testify, except for rebuttal witnesses.

    3. Five working days before the trial date the parties shall exchange exhibit lists, and provide a copy to the Court, indicating those exhibits to which they object and the basis for their objection. At that time, counsel shall also exchange, and provide to the Court, memoranda of law in support of each of their objections. Opposition memoranda shall be exchanged, and provided to the Court, two working days prior to trial.

    4. Counsel shall file motions in limine, trial memoranda, special voir dire, special jury interrogatories and jury charges five working days prior to the trial date. Oppositions to motions in limine shall be filed two working days before trial. In addition, counsel shall furnish the Court with two bench books of exhibits five working days prior to the trial date. The Court requires that all bench books be tabbed by exhibit.

    5. The Court will schedule a settlement conference upon the request of counsel.

    6. All other trial preparation matters are addressed in the Court's Standard Pretrial Notice and its Trial Preparation Order.