

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES MCDANIEL | CIVIL ACTION |
| versus | NO: 00-0027 |
| DIAMOND OFFSHORE DRILLING, INC. AND CANDY FLEET CORPORATION | SECTION "R" MAG. 4 |

### PLAINTIFF'S EXHIBIT LIST

Plaintiff, James McDaniel, submits the following exhibits to be used at the trial of this matter.

1. Damage Injury Report Form of Candy Fleet Corporation.
2. Diamond Offshore Drilling Injury or Illness Report.
3. Specifications of vessel and photograph of Candy Fleet Corporation Crew/Supply Vessel.
4. Candy Fleet Corporation Safety Manual.
5. Daily Master's Logs of Candy Fleet Corporation.
6. Licensure of Glenn Snelling.
7. Social Security records.
8. Internal Revenue Service tax returns.
9. Personnel records of Diamond Offshore, including pre-employment physical.
10. Medical records of Lake Charles Memorial Hospital.

11. Medical records of Westbank Surgical Clinic.

12. Medical records of Dr. David Roberts.

13. Medical records of Hancock Medical Center.

14. Medical records of Dr. William S. Fleet.

15. Medical records of Rehab Services of Mississippi.

16. Medical records of Dr. Harry Danielson.

17. Medical records of Diagnostic films and x-rays (Mobile Open MRI).

18. Medical records of Memorial Hospital at Gulfport.

19. Hoda Chiropractic Clinic.

20. Medical records of Hancock County Justice Facility.

Respectfully submitted:

*David A. Hilleren*
DAVID A. HILLEREN (6921)
Post Office Box 9150
Mandeville, Louisiana  70470
Telephone: (985) 893-5959
Attorney for James McDaniel

**CERTIFICATE OF SERVICE**

    I do hereby certify that I have served a copy of the above and foregoing pleading on all counsel of record herein by mailing same by United States Mail, properly addressed and first class postage prepaid, on November 20, 2001.

                                      DAVID A. HILLEREN