FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 NOV 21  PM 1:41

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

JAMES MCDANIEL                           CIVIL ACTION

versus                                   NO: 00-0027

DIAMOND OFFSHORE DRILLING, INC.          SECTION "R" MAG. 4
AND CANDY FLEET CORPORATION

### PLAINTIFF'S WITNESS LIST

Plaintiff, James McDaniel, will/may call the following

witnesses at the trial of this matter.

**WILL CALL**

1.    Dr. Harry Danielson
      4226 Central Street
      Gulfport, Mississippi   39501
      228-867-6000
      Neurosurgeon who performed surgery on plaintiff's neck
      by video deposition.

2.    Tom Stewart, vocational expert
      Post Office Box 1482
      Picayune, Mississippi 39466
      601-798-1731
      Impact of injury on plaintiff's marketability
      and earnings potential.

3.    Dr. Semoon Chang, Economist
      1100 Carolina Court
      Mobile, Alabama   36695
      251-460-7388
      Compilation of earnings loss.

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc.No. 48

4.    Eugene Platt (by deposition)
      7940 West South Street
      Citronelle, Alabama    36522
      334-866-2160
      Engineer on vessel who experienced impact,
      knowledge of mate's skill level, knowledge of
      plaintiff's injuries.

5.    James McDaniel
      18417 Fenton Dedeoux Road
      Kiln, MS 39556
      Background, operative facts of accident, damages.

**MAY CALL**

1.    Nancy Necaise
      18417 Fenton Dedeoux Road
      Kiln, MS 39556
      Plaintiff's condition and activities before and
      after the accident.

2.    Dr. William S. Fleet
      3401 Medical Park Drive, Building 3, Suite 105
      Mobile, Alabama    36693
      251-661-9587
      Neurologist who saw plaintiff on December 29, 1999 and
      referred for MRI.

3.    Hoda Chiropractic Clinic, Dr. Desmond Hoda
      (by deposition)
      4308 Park Ten Drive
      Diamondhead, Mississippi 39525
      Plaintiff's health before accident and after accident.

4.    Any witness listed or called by any other party.


Respectfully submitted:


_David A. Hilleren_
DAVID A. HILLEREN (6921)
Post Office Box 9150
Mandeville, Louisiana    70470
Telephone: (985) 893-5959
Attorney for plaintiff,
James McDaniel

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the above and foregoing pleading on all counsel of record herein by mailing same by United States Mail, properly addressed and first class postage prepaid, on November 20, 2001.

DAVID A. HILLEREN