

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 NOV 26 PM 4:19

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMES MCDANIEL | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0027 |
| | * | |
| DIAMOND OFFSHORE DRILLING, | * | SECTION "R" |
| INC. AND CANDY FLEET | * | |
| CORPORATION | * | MAG. (4) |

* * * * * * * * * * * * * * * * * * * * * *

## CANDY FLEET CORPORATION'S WITNESS LIST

NOW INTO COURT, through undersigned counsel, comes defendant, Candy Fleet Corporation, who presents the following list of witnesses which it **will** call at the trial of this matter:

1. Melvin Parnell, M.D.
   4224 Houma Blvd., Suite 205
   Metairie, LA 70006

   Medical expert.

2. Kenneth Boudreaux, Ph.D.
   1424 Bordeaux Street
   New Orleans, LA 70115

   Economic expert.



3. Mary Elvir
   5020 Utica Street
   Metairie, LA 70006

   Vocational rehabilitation expert.

4. Kenny Nelkin
   Candy Fleet Corporation
   1207 French Street
   Morgan City, LA 70381

   Factual witness.

5. Steven Marcrum
   Candy Fleet Corporation
   1207 French Street
   Morgan City, LA 70381

   Factual witness.

6. Daniel Miller
   1212 Ethlyn Road
   Lot 6
   Panama City, Florida 32401

   Factual witness.

7. Calvin Dodd
   Diamond Offshore Drilling, Inc. employee

   Factual witness.
   (By Deposition)

8. Dr. Richard Tsao Wei
   Westbank Surgical Clinic
   4475 Westbank Expressway
   Marrero, LA 70072

   Medical expert.

9.  Robert "Bob" Eubanks
    P.O. Box 8265
    Metairie, LA 70011-8265

    Factual witness

Respectfully submitted,

_____
DANIEL E. KNOWLES, III, T.A. (#7760)
BRIEN J. FRICKE (#20546)
1100 Poydras Street
Energy Centre - Suite 2000
New Orleans, Louisiana 70163-2000
Telephone: (504) 569-2900
And
BURKE & MAYER, Of Counsel
Attorneys for Candy Fleet Corporation
(104605)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record in this matter by placing same in the U.S. Mail, postage prepaid, this 26th day of November, 2001.

_____