



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

JAMES MCDANIEL                                    CIVIL ACTION

VERSUS                                            NO. 00-27

DIAMOND OFFSHORE DRILLING, INC., ET AL.           SECTION "R"


### ORDER OF DISMISSAL

The Court having been advised by counsel for all parties that they have firmly agreed upon a compromise in this matter;

IT IS ORDERED that this action be and it is hereby dismissed as to all parties, without costs and without prejudice to the right, upon good cause shown, within sixty days, to reopen the action if settlement is not consummated.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this 29th day of November, 2001.

                                    _____
                                    UNITED STATES DISTRICT JUDGE

DATE OF ENTRY

NOV 3 0 2001

51

# HILLEREN & HILLEREN, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW

P. O. Box 9150
MANDEVILLE, LA 70470
OFFICE: 3701 HIGHWAY 59, SUITE A • MANDEVILLE, LOUISIANA

DAVID A. HILLEREN, P.L.C.
BILLY WRIGHT HILLEREN

985-893-5959
504-525-1222
FAX 985-893-5059

November 29, 2001
**VIA FACSIMILE 589-2050**

Honorable Sarah Vance
United States District Judge
Eastern District of Louisiana
500 Camp Street
New Orleans, Louisiana 70130

Re: James McDaniel v. Diamond Offshore Drilling, Inc. and
Candy Fleet Corporation, USDC No. 00-0027

Dear Judge Vance:

A settlement between the parties in this matter has been reached. Therefore, we request that a 60 day order of dismissal be entered.

Respectfully,

*David A. Hilleren*

DAVID A. HILLEREN
/k
cc: Mr. Daniel Knowles