

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 NOV 30 PM 3: 38

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**ROBY, M. J.**
**November 28, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES MCDANIEL** | CIVIL ACTION |
| **VERSUS** | NO:   00-0027 |
| **DIAMOND OFFSHORE DRILLING INC.** | SECTION: "R" (4) |

A Settlement Conference was held on this date. Participating were: David Hilleren and James McDaniel representing the plaintiff and Daniel Edward Knowles, III and Brien Joseph Fricke representing the defendants. Negotiations were successful and a settlement was reached.

The District Judge's staff has been notified to enter a dismissal with a retention of jurisdiction for settlement enforcement purposes.

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**Judge Sarah S. Vance**

DATE OF ENTRY
DEC 3 2001

Fee_____
Process____
Dktd_____
CtRmDep___
Doc.No. 52