cl



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 DEC 27 PM 3: 04

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMES MCDANIEL | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0027 |
| | * | |
| DIAMOND OFFSHORE DRILLING, | * | SECTION "R" |
| INC. AND CANDY FLEET | * | |
| CORPORATION | * | MAG. (4) |

* * * * * * * * * * * * * * * * * * * *

### MOTION AND ORDER TO DISMISS WITH PREJUDICE

NOW INTO COURT, comes undersigned counsel of record, and upon showing that all claims herein have been duly compromised and settled and that this action should be dismissed in its entirety with prejudice, each party to bear its own costs;

It is ordered that the Complaint be, and is hereby, dismissed with prejudice, each party to bear his or its own costs.

New Orleans, Louisiana this 2nd day of Jan, 2002.

_____
JUDGE

DATE OF ENTRY
JAN 2 - 2002

Fee_____
Process____
X /Dktd_____
CtRmDep____
Doc.No.__53__

Respectfully submitted;


*/s/ Daniel E. Knowles*
DANIEL E. KNOWLES (7760)
BRIEN J. FRICKE (20546)
2000 Energy Center
1100 Poydras Street
New Orleans, Louisiana 70163
(504) 569-2900
Attorneys for Candy Fleet Corporation
(105517)


*/s/ David A. Hilleren*
DAVID A. HILLEREN (6921)
Post Office Box 9150
Mandeville, Louisiana 70470
 (985) 893-5959
Attorney for plaintiff,
James McDaniel